IN RE APPLICATION OF WHETSTONE.

[Cite as *In re Application of Whetstone,*

130 Ohio St.3d 1208, 2011-Ohio-5408.]

*Application for admission to practice law approved—Applicant may apply to take the next bar examination.*

(No. 2011-1325—Submitted October 5, 2011—Decided October 20, 2011.)

ON REPORT by the Board of Commissioners on

Character and Fitness of the Supreme Court, No. 480.

_____

{¶ 1} On August 3, 2011, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Stephen Grant Whetstone's application to take the Ohio bar examination be approved.

{¶ 2} On consideration thereof, it is ordered by the court that the application of Stephen Grant Whetstone for admission to the practice of law in Ohio is approved, and he may apply to take the next bar examination.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____